ACCEPTED
14-14-00811-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
2/5/2015 3:32:27 PM
CHRISTOPHER PRINE
CLERK

DARYL L. MOORE‡

**DARYL L. MOORE, P.C.**

1005 Heights Boulevard
Houston, Texas 77008
713.529.0048 Telephone
713.529.2498 Facsimile

RECEIVED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
2/5/2015 3:32:27 PM
CHRISTOPHER A. PRINE
Clerk

VOID RW

February 5, 2015

*Via Electronic eFiling*

Mr. Christopher A. Prine, Clerk
FOURTEENTH COURT OF APPEALS
301 Fannin, Room 245
Houston, Texas 77002

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
2/5/2015 3:32:27 PM
CHRISTOPHER A. PRINE
Clerk

> **RE:  Cause No. 14-14-00811-CV;** *In the Matter of the Marriage of April A. Dishaw and Donald J. Dishaw;* **In the Fourteenth Court of Appeals, Houston, Texas**

Dear Mr. Prine:

I am writing this letter to inform the Court that, per the Court's order, the parties mediated this dispute with me on January 15, 2015. The parties were unable to reach a settlement agreement during the mediation.

Thank you for your customary courtesy.

Respectfully submitted,

/s/Daryl L. Moore
Daryl L. Moore,
*Attorney/Certified Mediator*

---

‡BOARD CERTIFIED, CIVIL APPELLATE LAW, TEXAS BOARD OF LEGAL SPECIALIZATION

_____

cc:

Ms. Lynn Kuriger Stanton
JENKINS & KAMIN, L.L.P.
Two Greenway Plaza, Suite 600
Houston, Texas 77046

Mr. Warren Cole
LAW OFFICE OF WARREN COLE
3355 West Alabama, Suite 825
Houston, Texas 77098

Mr. Alan Daughtry
LAW OFFICE OF ALAN DAUGHTRY
675 Shartle Circle
Houston, Texas 77024